IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

NICHOLAS ROBINSON, JR.                                    PLAINTIFF

v.                         No. 4:21-cv-895-DPM

JOHN STALEY, Sheriff,
Lonoke County and KRISTI
FLUD, Jail Administrator,
Lonoke County                                             DEFENDANTS

## ORDER

1. The Court withdraws the reference.

2. Robinson hasn't paid the $402 administrative and filing fee or filed an application to proceed *in forma pauperis*; and the time to do so has passed. *Doc. 2*. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

16 November 2021